**Dated: April 25, 2008 15:55:01**

**The following is ORDERED:**



Niles Jackson
United States Bankruptcy Judge

---

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: MCCORNACK, KURK RYAN and MCCORNACK, HEATHER D., <br><br>Debtors. | Case No. **06-12754 NLJ** <br> Chapter 7 |
| JOHN D. MASHBURN, U.S. Bankruptcy Trustee of the bankruptcy estate of Kurk Ryan McCornack and Heather D. McCornack, <br><br>Plaintiff, <br>v. <br><br>MCCORNACK, KURK RYAN and MCCORNACK, HEATHER D. <br>Defendants. | Adversary No. **08-01003** |

## DEFAULT JUDGMENT

NOW, ON THIS DAY, Defendants having been regularly served with the Summons and Complaint herein and having wholly failed to appear, plead, answer or otherwise defend this action; the time for such pleading or otherwise defending having expired; the Plaintiff having made Application for Entry of Default as supported by the Affidavit of Counsel for Plaintiff; the Clerk of

this Court having duly entered its Default on April 24, 2008; Plaintiff having filed and served his Motion for Default Judgment on April 4, 2008; the time for response to said Motion having expired on April 22, 2008; and no response or objection to said Motion having been filed or served; the Court therefore finds that judgment should be rendered in favor of Plaintiff and against the Defendants as prayed for by Plaintiff in his Complaint. Any findings of fact in this order are based upon representation of counsel.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff, John D. Mashburn, Trustee, have and recover of and from the Defendants, KURK RYAN MCCORNACK and HEATHER D. MCCORNACK, jointly and severally: Judgment for $11,028.80 plus interest, court costs of $250.00, and all accrued or accruing costs of this action for all of which let execution issue; and Judgment revoking the Discharge entered in Debtors' bankruptcy proceeding,.

###

APPROVED FOR ENTRY.

*/s/ John D. Mashburn*
JOHN D. MASHBURN, OBA#12763
GARVIN, AGEE, CARLTON & MASHBURN, P.C.
Heritage Plaza, Suite 105
13800 Benson Rd.
Edmond, OK 73013
(405) 286-2600 Telephone  (405) 286-2601 Facsimile
Attorney for Trustee